UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                  CIVIL ACTION NO. 11-12116

    v.                        DISTRICT JUDGE MARIANNE O. BATTANI

THIRTY ONE THOUSAND        MAGISTRATE JUDGE MARK A. RANDON
DOLLARS ($31,000.00) IN
U. S. CURRENCY,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**COMPEL AND EXTENDING DISCOVERY (DKT. NO. 14)**

This matter is before the Court on Plaintiff United States of America's motion to compel answers to Plaintiff's first set of requests for admission, interrogatories and requests for production of documents and Plaintiff's first set of special interrogatories and motion to extend discovery (Dkt. No. 14). Having reviewed the motion and having heard oral argument,

**IT IS ORDERED** that, within ten (10) days after receiving this Order, Kendric Williams, must provide the following information, under oath, to the Government:

    1) The name and contact information of the person you clam you were going to buy a vehicle from;

    2) The contact information for Kenyatta Walker;

    3) The contact information for Ms. Hurst;

4) The names and addresses of each of the places you have worked over the past five (5) years;

5) The amount of money you made at each of these jobs;

6) A list of all purchases over $2,500 you have made over the past five (5) years;

7) A list all monthly living expenses (bills) over $50.00 per month;

8) A list the names and social security numbers for each of your children.

Mr Williams shall also provide the Government a copy of all email correspondence regarding the purchase of the vehicle.

**IT IS FURTHER ORDERED** that discovery in this mater is extended for sixty (60) days.

So Ordered.

    s/Mark A. Randon  
MARK A. RANDON  
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2012

### CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 9, 2012.*

*s/Melody R. Miles*  
*Case Manager to Magistrate Judge Mark A. Randon*